Christopher C. McNatt, Jr.
Cal. Bar No. 174559
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, LLC
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax: (626) 795-4790
cmcnatt@scopelitis.com

Attorney for Defendant, Diakon Logistics Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GHAZI RASHID and
MOHAMED ABDELFATTAH, Individually,
On behalf of All Others similarly situated, and
On behalf of the General Public,

Plaintiffs,

vs.

DIAKON LOGISTICS INC., and
DOES 1 through 50, inclusive,

Defendants.

CASE NO. _____

CLASS ACTION

CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS
PURSUANT TO RULE 7.1 OF THE
FEDERAL RULES OF CIVIL
PROCEDURE
AND CIVIL LOCAL RULE 3-16

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16, the undersigned counsel of record for Defendant, Diakon Logistics Inc. ("Diakon"), certifies the following:

1. Diakon has no parent corporation.

2. No publicly held corporation owns more than 10% of Diakon's stock.

Respectfully submitted,

SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, LLC

By: _____
Christopher C. McNatt Jr.

Attorney for Defendant, Diakon Logistics Inc.

1
Certificate of Interested Entities or Persons; Case No. _____

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, a copy of the foregoing was mailed by first class United States mail, postage prepaid, to the following:

Issa J. Michael, Esq.
The Michael Law Firm
1648 Union Street, Suite 201
San Francisco, California 94123

*Christopher McNatt Jr.* (signature)

Christopher C. McNatt Jr.

SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, LLC
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax: (626) 795-4790
cmcnatt@scopelitis.com

h:\users\lnewton\rjt\diakonlog-10610\#2-by rashid\pleadings\certificate of interested parties.doc