| Clerk's Use Only |
|---|
| Initial for fee pd.: |

James H. Hanson, Ind. Bar #8100-49; jhanson@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 W. Market Street, Suite 1500
Indianapolis, Indiana 46204
(317) 637-1777; fax (317) 687-2414

FILED
FEB -5 AM 11: 15

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GHAZI RASHID and
MOHAMED ABDELFATTAH,
Individually, On behalf of all others
similarly situated, and on behalf of the
Plaintiff(s),

v.

DIAKON LOGISTICS INC. and
DOES 1 through 50, inclusive,

Defendant(s).

CASE NO. 3:08-cv-00621 BZ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James H. Hanson, an active member in good standing of the bar of the Indiana Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Diakon Logistics Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Christopher C. McNatt Jr., SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP, 2 N. Lake Ave., #460, Pasadena, CA 91101; (626) 795-4700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2008

_____
James H. Hanson