**RECEIVED**

FEB - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

GHAZI RASHID and MOHAMMED ABDELFATTAH, Individually, On behalf of all others similarly situated, et al.

Plaintiff(s),

v.

DIAKON LOGISTICS INC. and DOES 1 through 50, inclusive

Defendant(s).

CASE NO. 3:08-cv-00621 BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JAMES H. HANSON                            , an active member in good standing of the bar of

the Indiana Supreme Court                  whose business address and telephone number

(particular court to which applicant is admitted)

is

James H. Hanson, Ind. Bar #8100-49; jhanson@scopelitis.com, SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C., 10 West Market Street #1500, Indianapolis, IN 46204; (317) 637-1777; fax (317) 687-2414                                                                ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, Diakon Logistics Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 24 Feb 08

_____
Bernard Zimmerman
United States Magistrate Judge