# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

March 20, 2008

To:    Issa Joseph Michael
The Michael Law Firm
1648 Union Street, Suite 201
San Francisco, CA 94123

Christopher Chad McNatt, Jr.
James H. Hanson
Scopelitis Garvin Light Hanson & Feary, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101

Re: Ghazi Rashid, et al. v. Diakon Logistics Inc. - C08-0621 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for May 5, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott

By:    Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd