Issa J. Michael, Esq. (State Bar Number 184256)
**THE MICHAEL LAW FIRM**
1648 Union Street, Suite 201
San Francisco, CA 94123
Telephone: (415) 447-2833
Fax:  (415) 447-2834

Attorneys for Plaintiffs, GHAZI RASHID and MOHAMED ABDELFATTAH, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHAZI RASHID and MOHAMED ABDELFATTAH, Individually, On Behalf of All Others Similarly Situated, and On Behalf of the General Public,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DIAKON LOGISTICS INC., and DOES 1 through 50, inclusive,<br><br>            Defendants. | **CASE NO. 3:08-cv-00621 WHA**<br><br>**CLASS ACTION**<br><br><br><br>**STIPULATION OF DISMISSAL** |

TO THE COURT:

It is hereby stipulated among the parties hereto, by and through their respective counsel, that that this action, in its entirety, is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii) with all parties bearing their own costs and fees.

DATED:  April 21, 2008                    **THE MICHAEL LAW FIRM**


By */s/Issa J. Michael*
    Issa J. Michael, Esq.
    Attorney for Plaintiffs GHAZI RASHID and MOHAMED ABDELFATTAH, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

Dated:  April 21, 2008

**SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, LLC**

By:*/s/Christopher C. McNatt Jr.*
    Christopher C. McNatt Jr.
    Attorney for Defendant, Diakon Logistics Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED:  April 21, 2008

**THE MICHAEL LAW FIRM**

By */s/Issa J. Michael*
    Issa J. Michael, Esq.